**Order filed, March 5, 2020.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-20-00004-CV

———————————

### NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY, LTD., D/B/A NORTH CYPRESS MEDICAL CENTER AND DR. OZOCHUKWU ODILI, Appellants

### V.

### RANDY WHITE, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2019-14054**

## ORDER

The reporter's record in this case was due **January 27, 2020**. *See* Tex. R. App. P. 35.1. On January 17, 2020, this court ordered the court reporter to file the record within 10 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Amanda King**, the court reporter, to file the record in this appeal **within 10 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Amanda King** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel consists Chief Justice Frost and Justices Jewell and Spain.